UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANCISCO CATALIN DELIU,

    Plaintiff,

v.                                                           4:23cv171–WS/MAF

RACHELLE MUNSON, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 7) dated July 11, 2023. Among other things, the magistrate judge recommends that Plaintiff's complaint be dismissed because it is duplicative of another case filed in this district, Case No. 4:23cv156–MW/MJF. Plaintiff has filed objections (ECF No. 8) to the magistrate judge's report and recommendation.

In his objections, Plaintiff explains that he has amended his pleadings in Case No. 4:23cv156–MW/MJF "to include the actions I wanted to challenge in this one." ECF No. 8, ¶ 8. The magistrate judge in that case accepted Plaintiff's amended complaint as timely filed and has referred the amended complaint to

chambers for screening under 28 U.S.C. § 1915(e)(2)(B). ECF No. 9 in Case No. 4:23cv156–MW/MJF. Here, Plaintiff asserts that he will file a voluntary dismissal of this case *if*, in the other case, his amended complaint is allowed "to proceed as pled." Whether or not his amended complaint survives the required screening in Case No. 4:23cv156–MW/MJF, dismissal of this case is appropriate now because the claims here are duplicative of the claims in the other case.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 7) is ADOPTED to the extent he recommends dismissal of Plaintiff's case because it is duplicative of another case.

2. Plaintiff's complaint is DISMISSED as duplicative.

3. The clerk shall enter judgment stating: "Plaintiff's complaint is dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __15th__ day of __August__, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE